IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-148-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RONALD ALLEN ANDERSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On July 14, 2025, defendant filed a motion to withdraw his guilty plea [D.E. 139]. On August 11, 2025, the government responded in opposition [D.E. 145]. The court will hold a hearing in this motion on October 9, 2025, at 9:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This _3_ day of October, 2025.

JAMES C. DEVER III
United States District Judge