IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-148-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RONALD ALLEN ANDERSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On October 9, 2025, the court held a hearing on defendant's motion to withdraw his guilty plea. At the end of the hearing, the court made detailed findings of fact and conclusions of law. As explained in court, the court DENIES as meritless defendant's motion to withdraw his guilty plea [D.E. 139].

SO ORDERED. This 9 day of October, 2025.

JAMES C. DEVER III
United States District Judge